**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Michael D. JAMES, Defendant–
Appellant.**

No. 07–12486
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

Oct. 11, 2007.

Kristen Gartman Rogers, Frederick W. Tiemann, Carlos Alfredo Williams, SAL–Federal Public Defender, Mobile, AL, for Defendant–Appellant.

Donna Barrow Dobbins, U.S. Attorney's Office, Mobile, AL, for Plaintiff–Appellee.

Before BLACK, MARCUS and HILL, Circuit Judges.

PER CURIAM:

Kristen Gartman Rogers, appointed counsel for Michael D. James in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and James's revocation of supervised release and sentence are **AFFIRMED.**